IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO.: 5:18-CV-00250-BO

JAMES ALAN FRYETT,
on behalf of himself and all others similarly situated,

*Plaintiff*,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

*Defendant*.

**ORDER**

This matter coming before the Court on the Parties' Joint Motion to Stay Pending Final Approval of Nationwide Class Action Settlement and the Court being fully advised in the premises, it is HEREBY ORDERED:

(1) All future case management deadlines, including those set forth in the Order for Discovery Plan entered on August 7, 2018 (ECF No. 9), are STRICKEN;

(2) This matter is STAYED;

(3) Plaintiff shall file a STATUS REPORT filed via the CM/ECF system no later than fourteen (14) days after the entry of any order pertaining to the approval of the class action settlement in the matter of *Clark v. Experian Information Solutions, Inc.*, No. 3:16-cv-0032-MHL (E.D. Va.), apprising the Court of the status thereof;

Date: September 7, 2018

Honorable Terrence W. Boyle
United States District Court Judge